O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV08-5856-AHM (AJWx) | Date | May 11, 2009 |
|---|---|---|---|
| Title | CYNTHIA ALVAREZ, etc. v. NORDSTROM, INC., et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Cindy Nirenberg | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Mark R. Thierman | Jennifer B. Zargarof |
| Shaun Setareh | |

**Proceedings:**  MOTION TO CERTIFY CLASS BY PLAINTIFF CYNTHIA ALVAREZ [28] (non-evidentiary)

Court circulates its *Questions for Counsel* and hears oral argument. For reasons and stated on the record, the Court takes the motion to certify class under submission.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | | SMO |