PRIORITY SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-05856 AHM (AJWx) | Date | May 14, 2009 |
|---|---|---|---|
| Title | CYNTHIA ALVAREZ v. NORDSTROM, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**   IN CHAMBERS (No Proceedings Held)

   The Court ORDERS Plaintiff to file by not later than May 20, 2009 a notice with the Court informing the Court whether she intends to opt out of the damages class in the Orange County settlement (Coordinated Proceeding No. 4419). Plaintiff will be bound by her decision, in the sense that she may not change it during the course of this litigation.

|  | : |  |
|---|---|---|
| Initials of Preparer | SMO | |