O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 08-05856 AHM (AJWx) | Date | August 14, 2009 |
|---|---|---|---|
| Title | CYNTHIA ALVAREZ v. NORDSTROM, INC., *et al.* | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**          IN CHAMBERS (No Proceedings Held)

Nothing in the "Notice of Change in Hearing Date for Final Approval of Nordstrom Commission Cases Settlement" filed by Plaintiff's counsel on August 10, 2009 affects or will change the date of the next Scheduling Conference (September 3, 2009.)  In the Joint Status Report required one week before then, Plaintiff's counsel must disclose fully when she opted out of *Savala* and what, if any bearing the objection of Kellie Taylor has on this case.

|  |  : |  |
|---|---|---|
| Initials of Preparer | | SMO |