O

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-5856 AHM (AJWx) | Date | September 3, 2009 |
|---|---|---|---|
| Title | ALVAREZ v. NORDSTROM, INC. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| S. Eagle | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**  IN CHAMBERS (No Proceedings Held)

      The Court will hold a status conference on October 26, 2009 at 1:30 pm to discuss the impact of the Nordstrom Commission Cases final settlement hearing on this case. The parties are ORDERED to file a joint report by October 19, 2009 describing the outcome of that hearing. The joint report shall attach any order or consent judgment the judge in the Nordstrom Commission Cases signs. The joint report shall also describe how the judge responded to Kellie Taylor's objections. The joint report shall further outline each party's views on how the outcome of those cases affects this case.

|  | : |  |
|---|---|---|
| Initials of Preparer | se | |