Jennifer B. Zargarof (SBN 204382)
jzargarof@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
NORDSTROM, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA ALVAREZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC., et al.,<br><br>Defendant. | Case No. 2:08-cv-05856-AHM (AJW)<br><br>[Related to Case No. 2:10-cv-04378-AHM (AJW)]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: September 8, 2008 |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Upon full consideration of the Stipulation for Dismissal pursuant to FRCP |
| 3 | 41(a)(1) submitted by Plaintiff Cynthia Alvarez ("Plaintiff") and Defendant |
| 4 | Nordstrom, Inc. (collectively "the Parties") and for good cause shown, the Court |
| 5 | hereby orders the following: |
| 6 | Case No. 2:08-CV-05856-AHM (AJW) and Case No. 2:10-cv-04378-AHM |
| 7 | (AJW) are dismissed with prejudice in their entirety. |
| 8 | |
| 9 | **IT IS SO ORDERED.** |
| 10 | |
| 11 | Dated: April 19, 2012 |
| 12 | |
| 13 | |
| 14 | _____ |
| 15 | Hon. A. Howard Matz<br>UNITED STATES DISTRICT JUDGE |
| 16 | |
| 17 | **JS-6** |