Jennifer B. Zargarof (SBN 204382)
jzargarof@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

Attorneys for Defendant
NORDSTROM, INC.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CYNTHIA ALVAREZ, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NORDSTROM, INC., et al.,<br><br>Defendant. | Case No. 2:08-cv-05856-AHM (AJW)<br><br>[Related to Case No. 2:10-cv-04378-AHM (AJW)]<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed: September 8, 2008 |

# ORDER

Upon full consideration of the Stipulation for Dismissal pursuant to FRCP 41(a)(1) submitted by Plaintiff Cynthia Alvarez ("Plaintiff") and Defendant Nordstrom, Inc. (collectively "the Parties") and for good cause shown, the Court hereby orders the following:

Case No. 2:08-CV-05856-AHM (AJW) and Case No. 2:10-cv-04378-AHM (AJW) are dismissed with prejudice in their entirety.

**IT IS SO ORDERED.**

Dated: April 19, 2012

_____
Hon. A. Howard Matz
UNITED STATES DISTRICT JUDGE

**JS-6**